FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2022

No. 04-22-00261-CR

Jose Manuel **VILLAGRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3653B
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

The reporter's record was originally due August 15, 2022 but was not filed.  On August 21, 2022, the court reporter filed a notification of late record, requesting an extension until September 30, 2022 to file the record.  After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record by **September 30, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court